# Exhibit 1

# United States of America
### United States Patent and Trademark Office

# KEY NINJA

| | |
|---|---|
| **Reg. No. 5,030,894** | Vante, Inc. (NEW YORK CORPORATION) |
| **Registered Aug. 30, 2016** | 1733 Sheepshead Bay Rd Suite 32<br>Brooklyn, NY 11235 |
| **Int. Cl.: 8** | CLASS 8: Multi-function hand tools comprised of LED lights, a bottle opener, and a key organizer |
| **Trademark** | FIRST USE 6-1-2014; IN COMMERCE 6-1-2014 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | No claim is made to the exclusive right to use the following apart from the mark as shown: "KEY" |
| | SER. NO. 86-876,824, FILED 01-15-2016<br>PARKER WALDRIP HOWARD, EXAMINING ATTORNEY |



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office